Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JULIE MEEKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MEEKS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:13-cv-01522-EFB<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 3, 2014, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the July 29, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: January 6, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE